

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-15-01111-CV |
| Trial Court Cause Number: | 2011-24016 |
| Style: | St. Luke's Sugarland Partnership, L.L.P. et al. **v** Shatish Patel, M.D., Hemalatha Vijayan, M.D., Subodh Sonwalker, M.D. and Wolley Oladut, M.D. |
| Date motion filed*: | March 29, 2016 |
| Type of motion: | Extension of Time to File Reporter's Record |
| Party filing motion: | Trial Court Reporter |
| Document to be filed: | Reporter's Record |

Is appeal accelerated? ☒ Yes   ☐ No

If motion to extend time:

| | |
|---|---|
| Original due date: | February 22, 2016 |
| Number of previous extensions granted: | 0 |
| Date Requested: | April 29, 2016 |

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: The court reporter's request for an extension of time to file the reporter's record is granted in part and denied in part. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. TEX. R. APP. P. 35.3(c). This is an accelerated interlocutory appeal. In such circumstances, the appellate court's authority to grant an extension is limited to 10 days. *Id.* Accordingly, the time for filing the reporter's record is extended to **April 15, 2016**. *See* TEX. R. APP. P. 35.3(c) (limiting each extension of time to file the record to no more than 10 days in accelerated appeals).

Judge's signature: /s/ Michael Massengale

        ☒ Acting individually   ☐ Acting for the Court

Date: April 5, 2016